1  G. Thomas Martin, III., Esq. (SBN 218456)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021          *E-Filed 12/7/09*
   tmartin@consumerlawcenter.com
4
5  Attorneys for Plaintiff, MARTHA MCNEELY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| MARTHA MCNEELY, | ) | Case No.: 5:09-cv-02068-RS |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO DISMISS |
| v. | ) | |
| CIR LAW OFFICES, | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1) and the parties' filed stipulation, the Court hereby orders, as follows:

1. Upon the agreement of all appearing parties, the present matter is to be dismissed without prejudice.

2. Parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  12/7/09

_____
The Honorable Richard Seeborg
United States Magistrate Judge

__Order of Dismissal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

__Order of Dismissal